IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA J. STENGLE, | : Civil No.: 06-1913 |
| Plaintiff, | : |
| v. | : |
| OFFICE OF DISPUTE RESOLUTION, et al, | : Judge John E. Jones III |
| Defendants. | : |

## ORDER

### April 27, 2009

In accordance with the Memorandum entered on this date, it is hereby **ORDERED** that:

1. The ODR Motion for Summary Judgment (Rec. Doc. 90) is **GRANTED**;

2. The PDE Motion for Summary Judgment (Rec. Doc. 88) is **GRANTED**;

3.. The Clerk of the Court is directed to enter **JUDGMENT** in favor of the Defendants; and

4. The Clerk of the Court is directed to **CLOSE** this case.

                                                          */s/ John E. Jones III*
                                                        John E. Jones III
                                                        United States District Judge